IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ALBERT RODRIGUEZ, No. 590263, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KERRI S. HOCKINGS and JOSEPH ) <br> WRIGHT, ) <br> Defendants. ) | No. 3:08-CV-1403-K <br> ECF |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court. Plaintiff's Objections to the Findings, Conclusions and Recommendation of the United States Magistrate Judge, filed on March 9, 2009, are **OVERRULED**.

**SO ORDERED.**

Signed this 10th day of March, 2009.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE